UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL NO. 3:02-0472 |
| v. | ) | JUDGE NIXON |
| | ) | |
| $125,000.00 IN UNITED STATES CURRENCY, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF SETTLEMENT AND FORFEITURE

For good cause shown, the Settlement Agreement and Mutual Release (D.E. 24) filed herein by the Government and attorneys John G. Oliva and James A. Simmons on behalf of Claimant Mohammad Jaber ("Claimant"), is accepted by this court. As set forth in the Settlement Agreement, a portion of the Defendant Property is subject to forfeiture and the remainder of the Defendant Property shall be returned to Claimant.

Based on the previous pleadings and representations of the parties, the Court finds the following:

    1.    Notice of the complaint and forfeiture action was appropriately published, and Mohammad Jaber timely filed a claim and answer.

    2.    No other claim or answer has been filed by or on behalf of any other person or entity, and the time within which to do so has expired.

    3.    That there is a preponderance of the evidence for the forfeiture of the Defendant Property; that there is a substantial connection between the Defendant Property and the offense

1

alleged.

    4.    The parties have entered a Settlement Agreement and Mutual Release resolving all claims to the Defendant Property which is incorporated herein as if set forth in full.

Now, therefore, upon the agreement of the parties, it is hereby

**ORDERED, ADJUDGED AND DECREED** that there is a preponderance of the evidence for the forfeiture of the Defendant Property; that there is a substantial connection between the Defendant Property and the offense; that $95,000.00 of the Defendant Property shall be forfeited to the United States with no right, title or interest existing in any other person or entity.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Defendant Property, $95,000.00 is hereby forfeited to the United States.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Government shall, and the United States Marshals Service is hereby directed to, return $30,000.00 of the Defendant Property, plus accrued interest on the $30,000.00 in the amount determined by the U.S. Marshal Service to Claimant, and plus any court costs as determined by the Court Clerk, to Claimant Mohammed Jaber, through his counsel, John G. Oliva and James A. Simmons.

The entry of this order shall serve as the final judgment in this action.

**IT IS SO ORDERED** on this the ___17th___ day of July, 2009.

                                                                  John T. Nixon
                                                                  United States District Judge

**APPROVED FOR ENTRY:**

Edward M. Yarbourgh
United States Attorney
Middle District of Tennessee

By: s/ Debra Teufel Phillips
Debra Teufel Phillips, BPR #011706
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: (615) 736-5151
Attorney for the United States of America


s/ John G. Oliva w/permission
John G. Oliva, BPR #10566
1308 8th Avenue North
Nashville, Tennessee 37208
Telephone: (615) 254-0202


s/ James A. Simmons w/permission
James A. Simmons, BPR #10107
1208 17th Avenue South
Nashville, Tennessee 37212-2802
Telephone: (615) 824-9131

Attorneys for Claimant Mohammed Jaber

3